**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ENID MCCORMACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 4:10-CV-1068 CAS |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF PARTIAL DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the following claims brought by plaintiff Enid McCormack against defendant United States of America are **DISMISSED**: (1) the claims of negligence brought in paragraphs 7(d), 7(e), 7(f), and 7(i) of the first amended complaint; and (2) the claims of res ipsa loquitur brought in paragraphs 16(d), 16(e), 16(f), and 16(i) of the first amended complaint.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 24th day of August, 2011.